# SHAHEEN & GORDON, P.A.

### ATTORNEYS AT LAW

*Tenacity. Creativity. Results.*

Steven M. Gordon
*Attorney at Law*

December 22, 2016

George R. Moore, Esquire
Devine Millimet & Branch PA
111 Amherst Street
Manchester, NH 03101

Charles J. Harder, Esquire
Jordan Susman, Esquire
Harder, Mirell & Abrams, LLP
132 South Rodeo Drive, 4th Floor
Beverly Hills, CA 90212

Re: <u>Scottsdale Capital Advisors Corp., et al v. The Deal, LLC</u>
    216-2016-CV-00819

Dear Counsel:

In accordance with 28 U.S.C. § 1446(d), I enclose a copy of a *Notice of Removal* of the above-referenced matter to the United States District Court for the District of New Hampshire. I also enclose a copy of a *Notice of Filing of Notice of Removal* that I am forwarding this day to the Hillsborough County Superior Court, Northern District.

Thank you for your attention to this matter.

Sincerely yours,

Steven M. Gordon
sgordon@shaheengordon.com

SMG:bas
Enclosures