# SHAHEEN & GORDON, P.A.
## ATTORNEYS AT LAW

*Tenacity. Creativity. Results.*

Steven M. Gordon
*Attorney at Law*

December 22, 2016

<u>VIA OVERNIGHT MAIL</u>

W. Michael Scanlon, Clerk
Hillsborough County Superior Court North
300 Chestnut Street
Manchester, NH 03101

Re: <u>Scottsdale Capital Advisors Corp., et al v. The Deal, LLC, et al</u>
216-2016-CV-00819

Dear Clerk Scanlon:

Enclosed please find my <u>Appearance</u> on behalf of The Deal, LLC and William Meagher, as well as a <u>Notice of Filing Notice of Removal</u> for filing with the Court in the above-referenced matter.

Sincerely yours,

Steven M. Gordon
sgordon@shaheengordon.com

SMG:bas
Enclosure
cc: George R. Moore, Esquire
    Charles J. Harder, Esquire
    Elizabeth A. McNamara, Esquire

G:\CLIENTS\THE DEAL, LLC\CORRESPONDENCE\2016-12-22 LTR TO HCSC RE NOTICE OF FILING NOTICE OF REMOVAL.DOCX

P.O. BOX 2703 • 107 STORRS STREET • CONCORD, NH 03302-2703
(603) 225-7262 • toll-free (800) 281-4411 • fax (603) 225-5112 • WWW.SHAHEENGORDON.COM
OFFICES ALSO IN DOVER, MANCHESTER, & MEREDITH, NH AND SACO, ME