UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Scottsdale Capital Advisors Corp, and John Hurry, <br><br> Plaintiffs, <br><br> v. <br><br> The Deal, LLC and William Meagher, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:16-cv-00545 |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND/ANSWER TO PLAINTIFFS' COMPLAINT TO FEBRUARY 2, 2017**

NOW COME Defendants The Deal, LLC ("The Deal") and William Meagher, (collectively, the "Defendants"), and respectfully moves the Court to extend the date for Defendants to respond/answer the Plaintiffs' Complaint to February 2, 2017 and in support thereof states as follows:

1. On or about November 18, 2016, Plaintiffs filed a Complaint and Demand for Jury Trial in the Hillsborough County Superior Court, Northern District.

2. On December 1 and 5, 2016, the Defendants were served with the Summons and Complaint.

3. On today's date, Defendants have filed separately a Notice of Removal with this Court.

4. Defendants contacted Plaintiffs' counsel and requested an extension to respond to the Complaint to February 2, 2017.

5. Plaintiffs' counsel assents to the requested extension.

1

6. Due to the nature of the within Motion, no memorandum of law accompanies this motion.

WHEREFORE, Defendants respectfully requests that the Court:

A. Grant the motion;

B. Extend the date for Defendants to respond to the Complaint to February 2, 2017; and

C. Grant such further relief as is just.

                                Respectfully submitted,

                                The Deal, LLC and William Meagher
                                By Their Attorneys:

                                SHAHEEN & GORDON, P.A.

DATED: December 22, 2016              /s/ Steven M. Gordon
                                Steven M. Gordon
                                NH Bar No. 964
                                107 Storrs Street
                                P.O. Box 2703
                                Concord, NH 03302-2703
                                (603) 225-7262

                                DAVIS WRIGHT TREMAINE LLP
                                Elizabeth A. McNamara (*Pro Hac Vice* to be filed)
                                John M. Browning (*Pro Hac Vice* to be filed)
                                1251 Avenue of the Americas, 21st Fl.
                                New York, NY 11238-1104
                                (212) 489-8240

## CERTIFICATE OF SERVICE

       I hereby certify that on this 22nd day of December, 2016, a copy of the foregoing Motion has been forwarded to the following in the manner specified herein:

Conventionally Served:
George R. Moore, Esq.
NH Bar # 1791
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 3101
(603) 669-1000

Served by Overnight Courier
Charles J. Harder, Esq.
Jordan Susman, Esq.
Harder, Mirell & Abrams, LLP
132 South Rodeo Drive, 4th Floor
Beverly Hills, CA 90212
(424) 203-1600

*Attorneys for Scottsdale Capital Advisors Corp.*
*and John Hurry*


                                                  /s/ Steven M. Gordon
                                                  Steven M. Gordon
                                                  NH Bar #964