IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY, | )<br>)<br>) |
| Plaintiffs, | )<br>) CASE NO. 1:16-CV-00545 |
| v. | )<br>) |
| THE DEAL, LLC AND WILLIAM MEAGHER, | )<br>) |
| Defendants. | ) |

**DISCLOSURE STATEMENT**

**LOCAL RULE 7.1.1**

NOW COMES Defendant, The Deal, LLC, and pursuant to Federal Rule of Civil Procedure and Local Rule 7.1.1, hereby files the following Disclosure Statement.

❐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

❐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R –

☑ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC: **The Street, Inc. owns 10% or more of The Deal and is publicly traded.**

- O R -

❐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

The filing party has none of the above.

    Respectfully submitted this 22nd day of December, 2016.

        /s Steven M. Gordon
        Steven M. Gordon
        New Hampshire Bar No. 964
        sgordon@shaheengordon.com
        Shaheen & Gordon, P.A.
        P.O. Box 2703, 107 Storrs Street
        Concord, NH 03302
        T: (603) 225-7262
        F: 603.225.5112

        Elizabeth A. McNamara
        lizmcnamara@dwt.com
        (Application for Admission Pro Hac Vice to be submitted)
        John M. Browning
        jmbrowning@dwt.com
        (Application for Admission Pro Hac Vice to be submitted)
        Davis Wright Tremaine, LLP
        1251 Avenue of the Americas, 21st Fl.
        New York, NY 11238-1104
        T: (212) 489-8240

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Disclosure Statement Rule 7.1.1 was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:
George R. Moore, Esq.
NH Bar # 1791
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 3101
(603) 669-1000


Served by Overnight Courier
Charles J. Harder, Esq.
Jordan Susman, Esq.
Harder, Mirell & Abrams, LLP
132 South Rodeo Drive, 4th Floor
Beverly Hills, CA 90212
(424) 203-1600

Attorneys for Plaintifs



Date:  December 22, 2016                /s Steven M. Gordon
                                        Steven M. Gordon
                                        New Hampshire Bar No. 964