**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, | ) | |
| AND JOHN HURRY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 1:16-CV-00545 |
| v. | ) | |
| | ) | |
| THE DEAL, LLC AND WILLIAM MEAGHER, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ELIZABETH A. MCNAMARA**
**IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Per Local Rule 83.2(b)(1), Elizabeth A. McNamara, being first duly sworn, deposes and states:

1.     I am a Partner of the firm Davis Wright Tremaine, LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 11238-1104. My telephone number is (212) 489-8240 and my email address is lizmcnamara@dwt.com.

2.     I was admitted to practice in the following courts on the dates shown:

- New York, 1982
- U.S. Supreme Court, 1998
- U.S. Court of Appeals 9th Circuit, 2000
- U.S. Court of Appeals 2nd Circuit, 1996
- U.S. District Court Southern District of New York, 1983
- U.S. District Court Eastern District of New York, 1983
- U.S. District Eastern District of Michigan, 2004
- U.S. Court of Appeals, 3rd Circuit, 2008
- U.S. Court of Appeals, 1st Circuit, 2010

3.     I have been retained to represent The Deal, LLC and William Meagher ("Defendants") in the above-captioned matter now pending before this Court.  I am actively

associated with Steven M. Gordon, Esquire and the law firm of Shaheen & Gordon, P.A. in connection with the representation of Defendants in this matter.

4.  I am an attorney of good standing and am eligible to practice law in the courts listed in paragraph 2 above.

5.  I am not currently, and never have been, disbarred or suspended in any jurisdiction.

6.  I am not aware of any previously imposed or pending disciplinary matters involving me.

7.  I have no prior felony or misdemeanor convictions.

8.  I have no prior denials or revocations of pro hac vice status in any court.

Dated: January 4, 2017                    /s/ Elizabeth A. McNamara
                                          Elizabeth A. McNamara

STATE OF NEW YORK
NEW YORK COUNTY, ss.

Signed and sworn to (or affirmed) before me on January 4, 2017, by Elizabeth A. McNamara.

DATED:                                    /s/ Shirley Wong
                                          Shirley Wong
                                          Notary Public, State of New York
                                          No. 01WO6088427
                                          Qualified in Queens County
                                          Commission Expires: March 31, 2019