UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY, <br><br> Plaintiffs, <br><br> v. <br><br> THE DEAL, LLC AND WILLIAM MEAGHER, <br><br> Defendants. | ) ) ) ) ) ) CASE NO. 1:16-CV-00545 ) ) ) ) ) ) |

## ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN M. BROWNING

NOW COMES Steven M. Gordon, Esquire, of Shaheen & Gordon, Professional Association, 107 Storrs Street, P.O. Box 2703, Concord, New Hampshire, and moves the Court pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, to allow John M. Browning, Esquire, of Davis Wright Tremaine, LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 11238-1104, Telephone number (212) 603-6410; Email: jackbrowning@dwt.com to appear and practice in this Court in the referenced matter on behalf of the Defendants, The Deal, LLC and William Meagher. In support of this motion and as grounds thereof, Steven M. Gordon, represents:

1. The undersigned, Steven M. Gordon, is a member in good standing of the Bar of this Court.

2. At all times during this proceeding, Steven M. Gordon, Esquire will be actively associated with John M. Browning in the above-captioned action.

3. Attorney Browning was admitted to practice in the following courts on the dates shown:

- New York, 2014
- U.S. District Court Southern District of New York, 2014
- U.S. District Eastern District of New York, 2014
- U.S. Court of Appeals 9th Circuit, 2016
- U.S. Court of Appeals, 3rd Circuit, 2016

<u>See</u> Affidavit of John M. Browning, attached hereto.

4. John M. Browning is a member in good standing of the bar of New York.

5. Attorney Browning is not currently, and never has been, disbarred or suspended in any jurisdiction and is not aware of any disciplinary matters pending against him.

6. Attorney Browning has no prior felony or misdemeanor convictions and has no prior denials or revocations of pro hac vice status in any court.

7. Attorney Browning is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

8. The appearance and active participation of Attorney Browning, on behalf of the Defendants, The Deal, LLC and William Meagher, will facilitate the proper presentation of its position to this Court.

9. The undersigned Steven M. Gordon is a member of the bar of this Court. Mr. Browning shall at all times remain associated in the action with Steven M. Gordon upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the court and who shall attend at all proceedings, unless excused by the court.

10. Pursuant to Local Rule 7.1(c), counsel for Plaintiffs has been contacted and assents to the within Motion.

11. Per Local Rule 7.1(a)(2), no memorandum of law is submitted with this motion because the relief sought rests within the sound discretion of the Court.

WHEREFORE, Steven M. Gordon, Esquire respectfully requests the Court to grant this

motion and for such other relief as may be necessary.

                                      Respectfully submitted,
                                      The Deal, LLC and William Meagher
                                      By Their Attorneys:
                                      SHAHEEN & GORDON, P.A.

DATED: January 5, 2017                    /s/ Steven M. Gordon
                                      Steven M. Gordon
                                      NH Bar No. 964
                                      107 Storrs Street
                                      P.O. Box 2703
                                      Concord, NH 03302-2703
                                      (603) 225-7262

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion for *Pro Hac Vice* Admission of John M. Browning, Esq. was served on the following persons on this date and in the manner specified herein:

    Electronically Served Through ECF:
        George R. Moore, Esquire
        gmoore@devinemillimet.com

    Conventionally Served via U.S. 1st Class Mail:
        Charles J. Harder, Esq.
        Jordan Susman, Esq.
        Harder, Mirell & Abrams, LLP
        132 South Rodeo Drive, 4th Floor
        Beverly Hills, CA 90212

    *Attorneys for Scottsdale Capital Advisors Corp.*
    *and John Hurry*

Dated: January 5, 2017                    /s/ Steven M. Gordon
                                      Steven M. Gordon, NH Bar #964