UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:16-CV-00545 ) ) |
| THE DEAL, LLC AND WILLIAM MEAGHER, | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF JOHN M. BROWNING
### IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Per Local Rule 83.2(b)(1), John M. Browning, being first duly sworn, deposes and states:

1. I am an Associate of the firm Davis Wright Tremaine, LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 11238-1104. My telephone number is (212) 603-6410 and my email address is jackbrowning@dwt.com.

2. I was admitted to practice in the following courts on the dates shown:

   - New York, 2014
   - U.S. District Court Southern District of New York, 2014
   - U.S. District Eastern District of New York, 2014
   - U.S. Court of Appeals 9th Circuit, 2016
   - U.S. Court of Appeals, 3rd Circuit, 2016

3. I have been retained to represent The Deal, LLC and William Meagher ("Defendants") in the above-captioned matter now pending before this Court. I am actively associated with Steven M. Gordon, Esquire and the law firm of Shaheen & Gordon, P.A. in connection with the representation of Defendants in this matter.

4. I am an attorney of good standing and am eligible to practice law in the courts listed in paragraph 2 above.

5. I am not currently, and never have been, disbarred or suspended in any jurisdiction.

6. I am not aware of any previously imposed or pending disciplinary matters involving me.

7. I have no prior felony or misdemeanor convictions.

8. I have no prior denials or revocations of pro hac vice status in any court.

Dated: January 3, 2017                             /s/ John M. Browning
                                                   John M. Browning

STATE OF NEW YORK
NEW YORK COUNTY, ss.

Signed and sworn to (or affirmed) before me on January 3, 2017, by John M. Browning.

DATED:                                             /s/ Shirley Wong
                                                   Shirley Wong
                                                   Notary Public, State of New York
                                                   No. 01WO6088427
                                                   Qualified in Queens County
                                                   Commission Expires: March 31, 2019