UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scottsdale Capital Advisors Corp. and
John Hurry,

    Plaintiffs,

v.   1:16-cv-00545-JL

The Deal, LLC and William Meagher,

    Defendants.

## PLAINTIFFS' DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.1.1

[ ]   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

[ ]   The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

[ ]   The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

[ ]   The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

[X]   The filing party has none of the above.

Respectfully submitted,

SCOTTSDALE CAPITAL ADVISORS
CORP. AND JOHN HURRY,

By and through their counsel,

DEVINE MILLIMET & BRANCH, P.A.,

Dated: January 6, 2017 /s/ Christopher D. Hawkins_____
Christopher D. Hawkins, Esq., Bar # 10005
111 Amherst St.
Manchester, NH 03101
(603)695-8530
(603)518-2477 (fax)
chawkins@devinemillimet.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Disclosure Statement was served on the following persons on this date and in the manner specified herein:

Electronically served through ECF:
Steven M. Gordon, Esq.: sgordon@shaheengordon.com

Via First Class Mail, Postage Prepaid:
Elizabeth A. McNamara, Esq.
John M. Browning, Esq.
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104