UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---

Scottsdale Capital Advisors Corp. *et al.*,            Docket No. 1:16-cv-00545

*Plaintiffs*

v.

The Deal, LLC, *et al.*,

*Defendants*

---

**AFFIDAVIT OF CHARLES J. HARDER
IN SUPPORT OF MOTION PURSUANT TO
LOCAL RULE 83.2(b) FOR ADMISSION *PRO HAC VICE***

I, Charles J. Harder, being duly sworn, on oath depose and say that:

1. I submit this Affidavit, in support of the Motion Pursuant to Local Rule 83.2(b) for Admission *Pro Hac Vice,* to appear on behalf of Plaintiffs Scottsdale Capital Advisors Corporation and John Hurry in the above-captioned matter before this Court.

2. Scottsdale Capital Advisors Corporation has a business address of 7170 E. McDonald Dr. #6, Scottsdale, Arizona 85253.

3. John Hurry is an individual residing in Glenbrook, Nevada who maintains a business office in Glenbrook, Nevada.

4. I am an attorney at law and a partner in the law firm of Harder Mirell & Abrams, LLP, 132 S. Rodeo Dr., 4th Floor, Beverly Hills, California 90212. My office telephone number is 424-203-1600. I am a resident of the State of California.

5. I have been admitted as a member of the Bar of the State of California as of December 2, 1996. I have been a member in good standing of the Bar of this State since admission.

6. I am also admitted to practice in the following federal courts:

{00076598;1}

| COURT | YEAR OF ADMISSION |
|---|---|
| United States Court of Appeals 9th Circuit | 1997 |
| United States Court of Appeals 11th Circuit | 2012 |
| United States Dist. Court Central Dist. of California | 1996 |
| United States Dist. Court Central Dist. of Illinois | 2003 |
| United States Dist. Court Southern Dist. of California | 2004 |
| United States Dist. Court Eastern Dist. of California | 2009 |
| United States Dist. Court Southern Dist. of New York | 2014 |
| United States Dist. Court Eastern Dist. of Michigan | 2016 |

7. I have never been denied admission *pro hac vice,* or had admission *pro hac vice* revoked, in New Hampshire or any other court.

8. I have never been disciplined or sanctioned by any court in New Hampshire or any other court.

9. During the course of this case, I will be associated with George R. Moore, Esq. (Bar No. 1791) from the law firm of Devine Millimet & Branch, PA. Attorney Moore is a member in good standing of the Bar of the State of New Hampshire.

10. I respectfully request that my application for *pro hac vice* admission to practice before this Court be granted.

Dated: January 4, 2017

Charles J. Harder

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

The foregoing instrument was acknowledged before me this 4th day of January, 2017, by Charles J. Harder.

Notary Public
My Commission expires Nov. 8, 2020

S. BRADLEY
Notary Public - California
Los Angeles County
Commission # 2167483
My Comm. Expires Nov 8, 2020

{00076598;1}



S. BRADLEY
Notary Public - California
Los Angeles County
Commission # 2167483
My Comm. Expires Nov 8, 2020