# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Charles J. Harder__, Bar No. __184593__

was duly admitted to practice in this Court on __December 2, 1996__
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __December 28, 2016__
Date

KIRY K. GRAY
Clerk of Court

By _/s/ Lupe Thrasher_, Deputy Clerk



G-52 (10/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER