UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---

Scottsdale Capital Advisors Corp. *et al.*,   Docket No. 1:16-cv-00545

*Plaintiffs*

v.

The Deal, LLC, *et al.*,

*Defendants*

---

### AFFIDAVIT OF STEVEN H. FRACKMAN IN SUPPORT OF MOTION PURSUANT TO LOCAL RULE 83.2(b) FOR ADMISSION *PRO HAC VICE*

I, Steven H. Frackman, being duly sworn, on oath depose and say that:

1. I submit this Affidavit, in support of the Motion Pursuant to Local Rule 83.2(b) for Admission *Pro Hac Vice,* to appear on behalf of Plaintiffs Scottsdale Capital Advisors Corporation and John Hurry in the above-captioned matter before this Court.

2. Scottsdale Capital Advisors Corporation has a business address of 7170 E. McDonald Dr. #6, Scottsdale, Arizona 85253.

3. John Hurry is an individual residing in Glenbrook, Nevada who maintains a business office in Glenbrook, Nevada.

4. I am an attorney at law and an associate at the law firm of Harder Mirell & Abrams, LLP, 132 S. Rodeo Dr., 4th Floor, Beverly Hills, California 90212. My office telephone number is 424-203-1600. I am a resident of the State of California.

5. I have been admitted as a member of the Bar of the State of California as of December 2, 2009. I have been a member in good standing of the Bar of this State since admission.

6. I am also admitted to practice in the following federal courts:

{00076615;1}

| COURT | YEAR OF ADMISSION |
|---|---|
| United States Dist. Court Central Dist. of California | 2009 |

7. I have never been denied admission *pro hac vice*, or had admission *pro hac vice* revoked, in New Hampshire or any other court.

8. I have never been disciplined or sanctioned by any court in New Hampshire or any other court.

9. During the course of this case, I will be associated with George R. Moore, Esq. (Bar No. 1791) from the law firm of Devine Millimet & Branch, PA. Attorney Moore is a member in good standing of the Bar of the State of New Hampshire.

10. I respectfully request that my application for *pro hac vice* admission to practice before this Court be granted.

Dated: January 4, 2017

_____
Steven H. Frackman

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

The foregoing instrument was acknowledged before me this 4th day of January, 2017, by Steven H. Frackman.

_____
Notary Public
My Commission expires NOV. 8, 2020



S. BRADLEY
Notary Public - California
Los Angeles County
Commission # 2167483
My Comm. Expires Nov 8, 2020

{00076615;1}