UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Scottsdale Capital Advisors Corp. and John Hurry, </br></br>  Plaintiffs, </br>v. </br></br>The Deal, LLC and William Meagher, </br></br>  Defendants. | ) ) ) ) ) ) Case No. 1:16-cv-00545-JL ) ) ) ) ) ) |

### ASSENTED-TO MOTION TO ADMIT JORDAN D. SUSMAN
### PRO HAC VICE PURSUANT TO LOCAL RULE 82.2(b)

1. Pursuant to Local Rule 83.2(b), Attorney Christopher D. Hawkins of Devine Millimet & Branch, P.A., a member in good standing of the Bar of the United States District Court for the District of New Hampshire, hereby moves the admission of Attorney Jordan D. Susman to practice in this court to represent Plaintiffs Scottsdale Capital Advisors Corp. and John Hurry in this matter.

2. Attorney Hawkins and Attorney George H. Moore will be actively associated with Attorney Susman in this action.

3. Attorney Susman is a member in good standing of the Bar of California.

4. Attached in support of this motion is the affidavit of Jordan D. Susman.

5. Attached in support of this motion is a Certificate of Good Standing issued by the United States District Court for the Central District of California.

WHEREFORE, Scottsdale Capital Advisors Corp. and John Hurry respectfully request that the honorable court admit Jordan D. Susman to practice before this court pro hac vice, as their counsel in the above-captioned action.

Respectfully submitted,

SCOTTSDALE CAPITAL ADVISORS
CORP. AND JOHN HURRY,

By and through their counsel,

DEVINE MILLIMET & BRANCH, P.A.,

Dated: January 6, 2017        /s/ Christopher D. Hawkins
　　　　　　　　　　　　　　Christopher D. Hawkins, Esq., Bar # 10005
　　　　　　　　　　　　　　111 Amherst St.
　　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　　(603)695-8530
　　　　　　　　　　　　　　(603)518-2477 (fax)
　　　　　　　　　　　　　　chawkins@devinemillimet.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Assented-to Motion to Admit Pro Hac Vice was served on the following persons on this date and in the manner specified herein:

Electronically served through ECF:

Steven M. Gordon, Esq.:   sgordon@shaheengordon.com

Via First Class Mail, Postage Prepaid:
Elizabeth A. McNamara, Esq.
John M. Browning, Esq.
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104