# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Jordan David Susman__, Bar No. __246116__

was duly admitted to practice in this Court on __March 7, 2007__
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __December 28, 2016__
Date

KIRY K. GRAY
Clerk of Court

By __/s/ Lupe Thrasher__, Deputy Clerk

G-52 (10/15)   CERTIFICATE OF GOOD STANDING - BAR MEMBER