UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY, <br><br>Plaintiffs, <br><br>v. <br><br>THE DEAL, LLC AND WILLIAM MEAGHER, <br><br>Defendants. | ) ) ) ) ) ) CASE NO. 1:16-CV-00545 ) ) ) ) ) ) |

### DEFENDANTS' RESPONSE TO PROCEDURAL ORDER

Defendants The Deal, LLC ("The Deal") and William Meagher, by and through its attorneys, Shaheen & Gordon, P.A., respectfully submit this response to the Court's procedural order requesting additional information concerning the "identities and places of citizenship of all The Deal's members as of the date this action was filed" (*Procedural Order*, Doc. 9 at 3 (1/06/17)) and state as follows:

1.  Annexed hereto as Exhibit A is a true and correct copy of the Affidavit of Eric Lundberg Proferring Jurisdictional Facts in Support of Defendants' Notice of Removal, dated January 17, 2017 (the "Affidavit").  Mr. Lundberg, who serves as CFO of The Deal, affirms in his Affidavit that the sole member of The Deal is The Street, Inc., which is a corporation incorporated in Delaware with its principal place of business at 14 Wall Street, New York, NY.

2.  The Deal shares the citizenship of its only member, The Street, Inc. and is thus a citizen of Delaware and of New York.  *See Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006).  Complete diversity exists between the parties in this action since plaintiffs Hurry and Scottsdale Capital Advisors Corp are citizens of Nevada and Arizona,

respectively, and defendants Meagher and The Deal are variously citizens of California, Delaware and New York.

                                  Respectfully submitted,
                                  The Deal, LLC and William Meagher
                                  By Their Attorneys:
                                  SHAHEEN & GORDON, P.A.

DATED: January 17, 2017                  /s/ Steven M. Gordon
                                                  Steven M. Gordon
                                                  NH Bar No. 964
                                                  107 Storrs Street
                                                  P.O. Box 2703
                                                  Concord, NH 03302-2703
                                                  (603) 225-7262

                                                  DAVIS WRIGHT TREMAINE LLP
                                                  Elizabeth A. McNamara (*pro hac vice*)
                                                  John M. Browning (*pro hac vice*)
                                                  1251 Avenue of the Americas, 21st Fl.
                                                  New York, NY 11238-1104
                                                  (212) 489-8240

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Defendants' Response to Procedural Order was served on the following persons on this date and in the manner specified herein:

    Electronically Served Through ECF:
         George R. Moore, Esq.- gmoore@devinemillimet.com
         Christopher D. Hawkins, Esq. - chawkins@devinemillimet.com

    Via 1st Class Mail

         Charles J. Harder, Esq. (*pro hac vice*) - charder@hmafirm.com
         Jordan Susman, Esq. (*pro hac vice*) - jsusman@hmafirm.com
         Steven Frackman, Esq. (*pro hac vice*) - sfrackman@hmafirm.com


Dated: January 17, 2017                  /s/ Steven M. Gordon
                                                  Steven M. Gordon, NH Bar #964