# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, | ) | |
| AND JOHN HURRY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 1:16-CV-00545 |
| v. | ) | |
| | ) | |
| THE DEAL, LLC AND WILLIAM MEAGHER, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ERIC LUNDBERG PROFERRING
## JURISDICTIONAL FACTS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Eric Lundberg, do hereby affirm under penalty of perjury that the following is true and correct pursuant to 28 U.S.C. §1746:

1.  I am the chief financial officer of defendant The Deal, LLC ("The Deal") and make this affidavit based on my personal knowledge.  I am informed the Court has requested additional information concerning the "identities and places of citizenship of all The Deal's members as of the date this action was filed." *Procedural Order,* Doc. 9 at 3 (1/06/17).   I submit this affidavit to provide that information.

2.  The Deal is a Delaware limited liability company with its principal place of business in New York.  The sole member of The Deal is The Street, Inc., which is a corporation incorporated in Delaware with its principal place of business at 14 Wall Street, New York, NY.  The Street, Inc. has disclosed its status as sole member of The Deal in a Form 8-k filed with the Securities and Exchange Commission in 2012.  *See* The Street, Inc., Current Report (Form 8-k) (Sept. 7, 2012), annexed hereto as Exhibit 1.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2017                    /s/ Eric Lundberg
                                          Eric Lundberg