## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY,<br><br>    Plaintiffs,<br><br>v.<br><br>THE DEAL, LLC AND WILLIAM MEAGHER,<br><br>    Defendants. | CASE NO. 1:16-CV-00545<br><br>Hon. Joseph Normand Laplante |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2), defendants The Deal LLC and William Meagher (collectively, the "Defendants"), move to dismiss the complaint (the "Complaint") filed in the above-referenced action by plaintiffs Scottsdale Capital Advisors Corp. and John Hurry (collectively, the "Plaintiffs") for lack of personal jurisdiction.

The Complaint contains no allegations that connect any of Plaintiffs' New Hampshire tort claims with New Hampshire. Since there are no specific and concrete allegations of contacts between this lawsuit and New Hampshire, constitutional principles of Due Process preclude the exercise of personal jurisdiction over Defendants in this case.

In support of their Motion to Dismiss, Defendants submit the annexed Memorandum of Law, the Declaration of Eric Lundberg, the Declaration of William Meagher, with exhibits, and the Declaration of John M. Browning, counsel for Defendants, with exhibits.

Wherefore, Defendants pray the Court to dismiss the Complaint in its entirety.

DATED:  February 2, 2017

              Respectfully submitted,
              The Deal, LLC and William Meagher
              By Their Attorneys:
              SHAHEEN & GORDON, P.A.

              /s/ Steven M. Gordon

>Steven M. Gordon
>NH Bar No. 964
>107 Storrs Street
>P.O. Box 2703
>Concord, NH 03302-2703
>(603) 225-7262
>sgordon@shaheengordon.com
>
>DAVIS WRIGHT TREMAINE LLP
>Elizabeth A. McNamara (*pro hac vice*)
>John M. Browning (*pro hac vice*)
>1251 Avenue of the Americas, 21st Fl.
>New York, NY 11238-1104
>(212) 489-8240
>lizmcnamara@dwt.com
>johnbrowning@dwt.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Dismiss was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
George R. Moore, Esq.- gmoore@devinemillimet.com
Christopher D. Hawkins, Esq. - chawkins@devinemillimet.com

Via 1st Class Mail

Charles J. Harder, Esq. (*pro hac vice*) - charder@hmafirm.com
Jordan Susman, Esq. (*pro hac vice*) - jsusman@hmafirm.com
Steven Frackman, Esq. (*pro hac vice*) - sfrackman@hmafirm.com

Dated: February 2, 2017                              /s/ Steven M. Gordon
                                                     Steven M. Gordon, NH Bar #964