# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP. and JOHN HURRY<br><br>Plaintiff,<br><br>-against-<br><br>THE DEAL, LLC, WILLIAM MEAGHER and JOHN DOES 1-30<br><br>Defendants. | Index No: 154500/2016<br><br>**NOTICE OF DISCONTINUANCE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that, whereas no responsive pleading has been served in this action, plaintiffs **Scottsdale Capital Advisors Corp.** and **John Hurry** (each, a "**Plaintiff**" and together the "**Plaintiffs**"), pursuant to CPLR § 3217(a)(1), hereby discontinue without prejudice all claims as filed in the above captioned action as against **The Deal, LLC, William Meagher** and **John Does 1-30** (each a "**Defendant**" and together, the "**Defendants**"); and

**PLEASE TAKE FURTHER NOTICE,** that Plaintiffs otherwise specifically reserve any and all rights as against any or all Defendants.

Dated: November 3, 2016
       New York, NY

                                              **CKR LAW LLP**

                                              By: */s/Ron Levy*
                                              *Attorneys for Plaintiffs Scottsdale Capital Advisors Corp. and John Hurry*
                                              1330 Avenue of the Americas
                                              14th Floor
                                              New York, NY 10019
                                              (p) 212-400-7300
                                              (f) 212-400-8200