# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Scottsdale Capital Advisors Corp. *et al*., | Docket No. 1:16-cv-00545 |
| *Plaintiffs* | |
| v. | |
| The Deal, LLC, *et al*., | |
| *Defendants* | |

## PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Scottsdale Capital Advisors Corp. and John Hurry (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby object to Defendants the Deal, LLC ("The Deal") and William Meagher's ("Meagher") (collectively, "Defendants") Motion to Dismiss for lack of personal jurisdiction (the "Motion").

For the reasons described more fully in Plaintiffs' Memorandum of Law in Support of their Objection to Defendants' Motion to Dismiss, Plaintiffs respectfully submit this court has personal jurisdiction of Defendants and their Motion to Dismiss must be denied.

WHEREFORE, Plaintiffs Scottsdale Capital Advisors Corp. and John Hurry respectfully request that this Honorable Court:

A) Deny Plaintiffs' Motion to Dismiss; or, alternatively,

B) Grant Defendants leave to conduct jurisdictional discovery; and

C) Grant such other and further relief as may be just and proper.

Respectfully submitted,

SCOTTSDALE CAPITAL ADVISORS CORP.
AND JOHN HURRY
By their attorneys
DEVINE, MILLIMET & BRANCH, P.A.

Dated: February 16, 2017      By:         /s/ George Moore
George R. Moore, Esquire (NH Bar No. 1791)
111 Amherst Street
Manchester, NH   03101
603-669-1000


HARDER, MIRELL & ABRAMS, LLP

Dated: February 16, 2017      By:         /s/ Charles Harder
Charles J. Harder (*pro hac vice*)
132 South Rodeo Drive, 4th Floor
Beverly Hills, CA 90212
424-203-1600

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2017, I served a copy of the foregoing pleading upon Defendants' counsel in the manner specified herein:

**Electronically served through ECF**:

Elizabeth A. McNamara, Esq. – lizmcnamara@dwt.com
John M. Browning, Esq. - jackbrowning@dwt.com
Steven M. Gordon, Esq. – sgordon@shaheengordon.com