# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Scottsdale Capital Advisors Corp. *et al.*, | Docket No. 1:16-cv-00545 |
| *Plaintiffs* | |
| v. | |
| The Deal, LLC, *et al.*, | |
| *Defendants* | |

## DECLARATION OF JORDAN SUSMAN
## IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

I, Jordan Susman, being of lawful age and otherwise competent to testify in a court of law, do hereby declare under penalty of perjury that the following is true and correct pursuant to 28 U.S. C. § 1746:

1. I am an attorney at the law firm of Harder Mirell & Abrams LLP, counsel of record for plaintiffs Scottsdale Capital Advisors Corp. and John Hurry (collectively, "Plaintiffs"). I have been admitted to practice before this Court *pro hac vice*. I make this declaration based upon my personal knowledge and submit this declaration, together with the exhibits annexed hereto, in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a preservation of the LinkedIn webpage for William Meagher, located at https://www.linkedin.com/in/bill-meagher-9970368, as it appeared on February 13, 2017.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a preservation of The Deal Actionable Insights and Opportunities webpage, located at http://pipeline.thedeal.com/login/index.dl, as it appeared on February 13, 2017.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a preservation of The Deal Advertise With Us webpage, located at http://www.thedeal.com/advertise-with-us/, as it appeared on February 13, 2017.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: February 17, 2017          /s/ Jordan Susman
                                  Jordan Susman

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2017, I served a copy of the foregoing pleading upon Defendants' counsel in the manner specified herein:

**Electronically served through ECF**:

Elizabeth A. McNamara, Esq. – lizmcnamara@dwt.com
John M. Browning, Esq. - jackbrowning@dwt.com
Steven M. Gordon, Esq. – sgordon@shaheengordon.com