# EXHIBIT 1

Linked in — Join Today | Sign In



# Bill Meagher
**Associate Editor at The Deal**
San Francisco Bay Area | Writing and Editing

- Current: The Deal, Author/Ghostwriter, Freelance
- Previous: DealFlow Media, Crittenden Research, Casa Madrona Hotel & Spa
- Education: California State University-Chico

500+ connections

## View Bill's full profile. It's free!
Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

[View Bill's Full Profile]

### Find a different Bill Meagher
[First Name] [Last Name]
Example: Bill Meagher

- **Bill Meagher** — CFO at Paint Nite — United States
- **Bill Meagher** — Director, Business Development at MorganFranklin Consulting — United States
- **Bill Meagher** — Ice Cream Maker, Lakeside Creamery — United States
- **Bill Meagher** — Account Manager at Oracle Corporation — United States
- **Bill Meagher** — Apparently Retired from Editorial Services/Communications -- Lawrenceville, N.J. — United States

More professionals named Bill Meagher

**Public profile badge**
Include this LinkedIn profile on other websites
[View profile badges]

## Experience

### Associate Editor
**The Deal** 
April 2013 – Present (3 years 11 months)

I cover micro and small cap equities finance with stories flowing into the PiPEs Report and The Deal. Besides these sectors I also write about healthcare, biotech, and pharma. And my coverage includes alternative investment vehicles such as reverse mergers and SPACs as well as penny stocks, the SEC and the occasional investigative piece. My work also appears on TheStreet.

### Author/Ghostwriter
**Author/Ghostwriter** 
January 2010 – Present (7 years 2 months)

I am the co-author with J. Dietrich Stroeh of Three Months: A Caregiving Journey from Heartbreak to Healing available at Amazon.com, barnesandnoble.com and folkheartpress.com. I have completed a second "ghost book" and am currently beginning the search for a literary agent for my first novel, Deadline.

I am available for ghost work, book doctor projects and consulting.

### Journalist/Editor
**Freelance**
January 1992 – Present (25 years 2 months)

My work has appeared in a variety of media outlets covering everything from sports to business, investigative news to profiles, including the Chico News & Review, the San Francisco Examiner, Oroville Mercury-Register, the Times Tribune, The Pacific Sun, 60 Minutes, ABC News, CNBC and PBS. I currently write a monthly column in NorthBay biz Magazine called Only In Marin as well as monthly features and investigative pieces.

### Associate Editor
**DealFlow Media** 
June 2010 – April 2013 (2 years 11 months)

I covered a range of areas for DealFlow including micro and small cap stocks and finance, registered offerings, IPOs, reverse mergers, private placements, SPACs and PIPE finance on an international basis. Because of our online structure and website, we also functioned as a quasi-wire service, posting both short items and long-form stories on a daily basis. The breath of our work included in-depth financial journalism mixed with a healthy dose of investigative work. In the past I also covered distressed debt and commercial real estate as well as provided input into company conference sessions and speakers.

### Editor/Senior Reporter
**Crittenden Research** 
2004 – 2009 (5 years)

At Crittenden I reported on a variety of areas in commercial real estate including coverage of REITs, private and public equity investments, deal coverage and commercial real estate finance. I covered the meltdown following the credit freeze and edited the company's flagship publication, the Crittenden Report. I also provided input for company conferences including panel topics and speaker/moderator choices.

### Pain in the ass in charge
**Casa Madrona Hotel & Spa** 
2000 – 2004 (4 years)

## Skills
Journalism | Editing | Copy Editing | Magazines | Storytelling | Newspaper | Publications | Web Content | Publishing | Books | Ap Style | Investigative Reporting | Business Journalism | Online Journalism | News Writing | See 35+

## Education

### California State University-Chico
Communications, Journalism 

Completed paid internship with Chico News & Review while attending Chico State. Went on to become regular contributor at CN&R.
Activities and Societies: Edited and reported for award winning campus newspaper The Orion. Wrote award winning column.

---

### People Also Viewed

 **Jamie Mason** — Reporter at CapitalStructure Ltd

 **Chris Nolter** — Senior Writer at The Deal

 **Ronald Orol** — Senior Editor at The Deal

 **Jaewon Kang** — Reporter at WSJ Pro Private Equity/The Wall Street Journal

 **Meghan Leerskov** — Managing Editor, The PiPEs Report and The Life Settlements Report at The Deal

 **Lou Whiteman**

 **Luisa Beltran** — Senior Editor at PE HUB, a unit of UCG

 **Donna Horowitz** — Senior Editor at The Deal

 **Michael Brown** — Associate Editor at The Deal

**Anthony Baldo**

---

**in PROFINDER**

Hire independent Editors like Bill
Post your project – It's free →
See Editors available for hire


IKEA BUSINESS CARD*

---

Document title: Bill Meagher | LinkedIn
Capture URL: https://www.linkedin.com/in/bill-meagher-9970368
Capture timestamp (UTC): Tue, 14 Feb 2017 01:37:35 GMT

Page 1 of 2

Author/Ghostwriter
January 2010 – Present (7 years 2 months)

I am the co-author with J. Dietrich Stroeh of Three Months: A Caregiving Journey from Heartbreak to Healing available at Amazon.com, barnesandnoble.com and folkheartpress.com. I have completed a second "ghost book" and am currently beginning the search for a literary agent for my first novel, Deadline.

I am available for ghost work, book doctor projects and consulting.

**Journalist/Editor**
Freelance
January 1992 – Present (25 years 2 months)

My work has appeared in a variety of media outlets covering everything from sports to business, investigative news to profiles, including the Chico News & Review, the San Francisco Examiner, Oroville Mercury-Register, the Times Tribune, The Pacific Sun, 60 Minutes, ABC News, CNBC and PBS. I currently write a monthly column in NorthBay biz Magazine called Only In Marin as well as monthly features and investigative pieces.

**Associate Editor**
DealFlow Media
June 2010 – April 2013 (2 years 11 months)

I covered a range of areas for DealFlow including micro and small cap stocks and finance, registered offerings, IPOs, reverse mergers, private placements, SPACs and PIPE finance on an international basis. Because of our online structure and website, we also functioned as a quasi-wire service, posting both short items and long-form stories on a daily basis. The breath of our work included in-depth financial journalism mixed with a healthy dose of investigative work. In the past I also covered distressed debt and commercial real estate as well as provided input into company conference sessions and speakers.

**Editor/Senior Reporter**
Crittenden Research
2004 – 2009 (5 years)

At Crittenden I reported on a variety of areas in commercial real estate including coverage of REITs, private and public equity investments, deal coverage and commercial real estate finance. I covered the meltdown following the credit freeze and edited the company's flagship publication, the Crittenden Report. I also provided input for company conferences including panel topics and speaker/moderator choices.

**Pain in the ass in charge**
Casa Madrona Hotel & Spa
2000 – 2004 (4 years)

Skills

Journalism · Editing · Copy Editing · Magazines · Storytelling · Newspaper · Publications · Web Content · Publishing · Books · Ap Style · Investigative Reporting · Business Journalism · Online Journalism · News Writing · See 35+

Education

**California State University-Chico**
Communications, Journalism

Completed paid internship with Chico News & Review while attending Chico State. Went on to become regular contributor at CN&R.
Activities and Societies: Edited and reported for award winning campus newspaper The Orion. Wrote award winning column.

**California State University-Chico**

Groups

Ludlow Capital Public... · DealFlow · Crowdfunding360 · Reverse Merger Advi... · Pete Asmus' Real Es... · Online Journalism · Linked Local Marin C... · See 7 more

## View Bill's full profile to...

- See who you know in common
- Get introduced
- Contact Bill directly

View Bill's Full Profile

Not the Bill you're looking for? View more

**People Also Viewed**

- Jamie Mason – Reporter at CapitalStructure Ltd
- Chris Nolter – Senior Writer at The Deal
- Ronald Orol – Senior Editor at The Deal
- Jaewon Kang – Reporter at WSJ Pro Private Equity/The Wall Street Journal
- Meghan Leerskov – Managing Editor, The PIPEs Report and The Life Settlements Report at The Deal
- Lou Whiteman
- Luisa Beltran – Senior Editor at FE HUB, a unit of UCG
- Donna Horowitz – Senior Editor at The Deal
- Michael Brown – Associate Editor at The Deal
- Anthony Baldo

PROFINDER
Hire independent Editors like Bill
Post your project – It's free →
See Editors available for hire

IKEA BUSINESS CARD*
Raih mimpi bisnis Anda
IKEA BUSINESS
Klik untuk info lebih lanjut

Document title: Bill Meagher | LinkedIn
Capture URL: https://www.linkedin.com/in/bill-meagher-9970368
Capture timestamp (UTC): Tue, 14 Feb 2017 01:37:35 GMT