# EXHIBIT 2

Case 1:16-cv-00545-JL Document 18-3 Filed 02/16/17 Page 2 of 2

# Deal

Services | League Tables | Webcasts & Events | About Us | Contact Us | Log-in

Home > Advertise with us

## ADVERTISE WITH US



## CONNECT
with The Deal community today

*Editorial Leadership*
**Unrivaled Market Reach**

Backed by the power of our reputation and the excellence of our newsroom, our readers rely us to inform them of the issues affecting their role in the deal economy. Partner with The Deal to connect your business with a comprehensive community of the most important influencers and decision-makers sourcing and executing deals.

An integrated campaign allows for several interactions through a multi-channel funnel of the below digital offerings to increase brand awareness and optimize reach. Or if your needs are more specialized, select a particular channel for more targeted distribution. Our marketing team can work with you to customize a digital campaign that suits the needs of your business. Your campaign results will benefit immeasurably from our unrivaled deal market knowledge, our close audience relationships and the unequalled range of market touch points across our digital platforms.

### WEBSITE
TheDeal.com provides immediate access to our up-to-the-minute news, data and information. News, video, webcasts, podcasts, events and whitepapers, all disseminated by topic ranging from energy and healthcare to private equity and bankruptcy.

### E-NEWSLETTERS
Topical newsletters target specific niches to form a holistic reach across the breadth of the deal community. From The Daily Deal reaching investment bankers and advisers to The Deal e-newsletter targeting private equity and corporate professionals and our newly released Europe Daily Briefing creating a global audience, the depth of penetration into the deal community is unprecedented and not easily found elsewhere.

### E-MAIL MARKETING
Partner with The Deal to reach a carefully targeted audience from our extensive database for a series of email blasts. Dedicated email blasts may be used as a stand-alone campaign or as an extension to a larger advertising program. Heightened visibility in the marketplace and affiliation with our trusted brand can build your organization's profile.

### VIDEO PRE-ROLL
Increase your brand visibility across our editorially-driven videos on The Deal website with a 15 second pre-roll ad. Enrich your advertising program with video marketing.

✉ To learn more about Blue Chip Content Studio, **Emily Newman**, Managing Director at 212.321.5565 or enewman@thedeal.com.

Follow us  

