# EXHIBIT 3

# The Deal.

CURRENT USERS

E-mail Address    Password    **LOG IN**

Forgot your password?

## Actionable Insights and Opportunities

The Deal provides actionable, intraday coverage of mergers, acquisitions and all other changes in corporate control to institutional investors, private equity, hedge funds and the firms that serve them.

**NOT A SUBSCRIBER?**

*Request An Article* ›   *Request A Demo* ›

The Deal® is a business unit of TheStreet, Inc. All rights reserved.
**Privacy Policy.** View our **terms & conditions.**