UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE DEAL, LLC AND WILLIAM MEAGHER, )<br>)<br>Defendants. )<br>) | CASE NO. 1:16-CV-00545<br><br>Hon. Joseph Normand Laplante |

**DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY TO PLAINTIFFS'
OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

NOW COME defendants The Deal, LLC and William Meagher, by their attorneys, Shaheen & Gordon, P.A., and hereby provide notice of their intent to file a Reply to Plaintiffs' Objection to Defendants' Motion to Dismiss in accordance with Local Rule 7.1(e)(1).

DATED:  February 17, 2017

                Respectfully submitted,
                The Deal, LLC and William Meagher
                By Their Attorneys:
                SHAHEEN & GORDON, P.A.

                /s/ Steven M. Gordon
                Steven M. Gordon
                NH Bar No. 964
                107 Storrs Street
                P.O. Box 2703
                Concord, NH 03302-2703
                (603) 225-7262
                sgordon@shaheengordon.com

                DAVIS WRIGHT TREMAINE LLP
                Elizabeth A. McNamara (*pro hac vice*)
                John M. Browning (*pro hac vice*)
                1251 Avenue of the Americas, 21st Fl.
                New York, NY 11238-1104
                (212) 489-8240
                lizmcnamara@dwt.com
                johnbrowning@dwt.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion to Dismiss was served on the following persons on this date and in the manner specified herein:

<u>Electronically Served Through ECF</u>:
      George R. Moore, Esq.- gmoore@devinemillimet.com
      Christopher D. Hawkins, Esq. - chawkins@devinemillimet.com
      Charles J. Harder, Esq. (*pro hac vice*) - charder@hmafirm.com
      Jordan Susman, Esq. (*pro hac vice*) - jsusman@hmafirm.com
      Steven Frackman, Esq. (*pro hac vice*) - sfrackman@hmafirm.com

Dated: February 17, 2017                                         /s/ Steven M. Gordon
                                                                               Steven M. Gordon, NH Bar #964