## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORP, AND JOHN HURRY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE DEAL, LLC AND WILLIAM MEAGHER, )<br>)<br>Defendants. )<br>) | CASE NO. 1:16-CV-00545<br><br>Hon. Joseph Normand Laplante |

### ASSENTED-TO MOTION TO CONTINUE ORAL ARGUMENT SET FOR APRIL 28, 2017 TO MAY 15, 16 OR 17, 2017

NOW COMES the Defendants, The Deal, LLC and William Meagher, by and through their attorneys, and respectfully submit the within Assented-To Motion to Continue Oral Argument Set for April 28, 2017 to May 15, 16 or 17, 2017 and in support thereof represents as follows:

1. Defendants filed their Motion to Dismiss on February 2, 2017 [Doc No. 16].

2. Plaintiffs filed their Objection to the Motion to Dismiss on February 16, 2017 [Doc No. 17].

3. Defendants filed a Reply in Support of their Motion to Dismiss on March 2, 2017 [Doc. No. 20].

4. The Court has scheduled Oral Argument for April 28, 2017.

5. Undersigned counsel is local counsel for Elizabeth McNamara, Esquire of Davis, Wright, Tremaine, LLP.  Attorney McNamara has a pre-existing scheduled Court hearing on April 28, 2017 and, therefore, is unable to attend the scheduled oral argument relative to this case.

6. Counsel for Plaintiffs and Defendants have conferred and agree to continue oral argument from April 28, 2017 to one of the following dates: May 15, 16 or 17, 2017.

7. Counsel for Plaintiffs, Jordan Susman, Esquire, assents to the within Motion.

8. Due to the nature of the within Motion, no memorandum of law is submitted herewith.

WHEREFORE, the Defendants pray for the following relief:

A. Grant the within Motion;

B. Continue Oral Argument from April 28, 2017 to either May 15, 16 or 17, 2017; and

C. Grant such other relief as may be just and proper.

Respectfully submitted,
The Deal, LLC and William Meagher
By Their Attorneys:
SHAHEEN & GORDON, P.A.

Dated: March 9, 2017

/s/ Steven M. Gordon
Steven M. Gordon
NH Bar No. 964
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
sgordon@shaheengordon.com

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (*pro hac vice*)
John M. Browning (*pro hac vice*)
1251 Avenue of the Americas, 21st Fl.
New York, NY 11238-1104
(212) 489-8240
lizmcnamara@dwt.com
johnbrowning@dwt.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing <u>Assented-To Motion to Continue Oral Argument Set for April 28, 2017 to May 15, 16 or 17, 2017</u> was served on the following persons on this date and in the manner specified herein:

<u>Electronically Served Through ECF</u>:
      George R. Moore, Esq.- gmoore@devinemillimet.com
      Christopher D. Hawkins, Esq. - chawkins@devinemillimet.com
      Charles J. Harder, Esq. (*pro hac vice*) - charder@hmafirm.com
      Jordan Susman, Esq. (*pro hac vice*) - jsusman@hmafirm.com
      Steven Frackman, Esq. (*pro hac vice*) - sfrackman@hmafirm.com

Dated: March 9, 2017                                         <u>/s/ Steven M. Gordon</u>
                                                                       Steven M. Gordon, NH Bar #964