UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)/United States

        v.                        Case No. _____

_____
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

    Please take notice that _____ has conventionally filed the following attachment or exhibit: _____
_____.

    This attachment or exhibit has not been filed electronically because:

Date:_____        /s/_____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Date:_____          /s/_____
                                    _____
                                    _____
                                    _____
                                    _____
                                    _____
                                    _____
                                    _____