# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| Scottsdale Capital Advisors Corp. *et al.*, | Docket No. 1:16-cv-00545 |
| *Plaintiffs* | |
| v. | |
| The Deal, LLC, *et al.*, | |
| *Defendants* | |

---

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Scottsdale Capital Advisors Corp. and John Hurry, Plaintiffs herein, by and through their attorneys, hereby appeal to the United States Court of Appeals for the First Circuit from the Order of the Court (Doc. 31) entered in this action on September 8, 2017, granting Defendants' motion to dismiss for lack of personal jurisdiction.

    Respectfully submitted,

    SCOTTSDALE CAPITAL ADVISORS CORP.
    AND JOHN HURRY
    By their attorneys

    DEVINE, MILLIMET & BRANCH, P.A.

Dated: September 26, 2017    By:   /s/ Christopher D. Hawkins
    Christopher D. Hawkins, Esq. (NH Bar No. 10005)
    111 Amherst Street
    Manchester, NH  03101
    603-669-1000

HARDER, MIRELL & ABRAMS, LLP

Dated: September 26, 2017            By: _____/s/ Charles Harder_____
                                    Charles J. Harder (admitted *pro hac vice*)
                                    132 South Rodeo Drive, 4th Floor
                                    Beverly Hills, CA 90212
                                    424-203-1600

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2017, I served a copy of the foregoing pleading upon Defendants' counsel in the manner specified herein:

**Electronically served through ECF**:

Elizabeth A. McNamara, Esq. – lizmcnamara@dwt.com
John M. Browning, Esq. - jackbrowning@dwt.com
Steven M. Gordon, Esq. – sgordon@shaheengordon.com