UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Scottsdale Capital Advisors Corp.</u>

v.                                            Civil No. 16-cv-545-JL

<u>The Deal, LLC, et al.</u>

**J U D G M E N T**

In accordance with the Order dated September 8, 2017, by Chief Judge Joseph N. Laplante, judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: September 25, 2017

cc:   George R. Moore, Esq.
      Steven H. Frackman, Esq.
      Charles J. Harder, Esq.
      Christopher D. Hawkins, Esq.
      Jordan Susman, Esq.
      Elizabeth A. McNamara, Esq.
      John M. Browning, Esq.
      Steven M. Gordon, Esq.