UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Civil No. 16-cv-00545-JL                                                       C.C.A.#

2. TITLE OF CASE:  Scottsdale Capital Advisors Corp. et al v. The Deal, LLC et al

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Joseph N. Laplante

6. COURT REPORTER(S) & DATES:
   Sandra L. Bailey, Telephone # 603 225-1454 -   MOTION HEARING -   May 15, 2017

|     | TRANSCRIPTS ORDERED / ON FILE | YES |
| --- | --- | --- |
| 7.  | HEARING / TRIAL EXHIBITS | N/A |
| 8.  | COURT-APPOINTED COUNSEL | NO |
| 9.  | FEE PAID | YES |
| 10. | IN FORMA PAUPERIS | NO |
| 11. | MOTIONS PENDING | NO |
| 12. | GUIDELINES CASE | NO |
| 13. | RELATED CASES ON APPEAL | NO |

   C.C.A. # (IF AVAILABLE):

   DATE OF LAST N OF A:

14. SPECIAL COMMENTS:  No evidentiary hearings held.   Trial exhibits not applicable