UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scottsdale Capital Advisors Corp.

      v.

The Deal, LLC et al

Case No. 16-cv-00545-JL

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, , Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED:   31, 32, 33, 34, 35

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

The following SEALED documents will be forwarded to the Circuit Court of Appeals with a copy of this certificate:

SEALED DOCUMENTS NUMBERED: 29, 30

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 2, 2017

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Charli M. Pappas, Deputy Clerk

Oct 02, 2017

cc:      George R. Moore, Esq.
          Steven H. Frackman, Esq.
          Charles J. Harder, Esq.
          Christopher D. Hawkins, Esq.
          Jordan Susman, Esq.
          Elizabeth A. McNamara, Esq.
          John M. Browning, Esq.
          Steven M. Gordon, Esq.