# United States Court of Appeals
## For the First Circuit

_____

No. 17-1968

SCOTTSDALE CAPITAL ADVISORS CORP.; JOHN HURRY,

Plaintiffs, Appellants,

v.

THE DEAL, LLC; WILLIAM MEAGHER,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: April 3, 2018

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Christopher D. Hawkins
Charles J. Harder
Douglas E. Mirell
Jordan Susman
Dilan A. Esper
Steven M. Gordon
Elizabeth Anne McNamara
John M. Browning