# United States Court of Appeals
## For the First Circuit

No. 17-1968

SCOTTSDALE CAPITAL ADVISORS CORP.; JOHN HURRY

Plaintiffs - Appellants

v.

THE DEAL, LLC; WILLIAM MEAGHER

Defendants - Appellees

**MANDATE**

Entered: April 25, 2018

In accordance with the judgment of April 3, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
John M. Browning
Dilan A. Esper
Steven M. Gordon
Charles J. Harder
Christopher D. Hawkins
Elizabeth Anne McNamara
Douglas E. Mirell
Jordan Susman